COURT OF APPEALS OF VIRGINIA

Present:  Chief Judge Moon, Senior Judges Cole and Hodges

SCOTT WAYNE WALDO

v.    Record No. 0697-94-3          MEMORANDUM OPINION[*]
                                         PER CURIAM
COMMONWEALTH OF VIRGINIA              AUGUST 22, 1995

FROM THE CIRCUIT COURT OF ROANOKE COUNTY
Kenneth E. Trabue, Judge

Terry N. Grimes (King, Fulghum, Snead, Nixon
& Grimes, on brief), for appellant.

Richard B. Smith, Assistant Attorney General
(James S. Gilmore, III, Attorney General, on
brief), for appellee.


     We affirm the judgment of the trial court finding Scott
Wayne Waldo guilty of having a concealed weapon in violation of
Code § 18.2-308.

     "On appeal, we review the evidence in the light most
favorable to the Commonwealth, granting to it all reasonable
inferences fairly deducible therefrom."  Martin v. Commonwealth,
4 Va. App. 438, 443, 358 S.E.2d 415, 418 (1987).

     The trial judge found that appellant's weapon was "hidden
from common observation."  In Main v. Commonwealth, 20 Va. App.
370, 372-73, 457 S.E.2d 401, 402 (1995), the weapon was concealed
within the meaning of Code § 18.2-308 when "[i]t was hidden from
all except those with an unusual or exceptional opportunity to
view it."

     Officer Smith testified that he could not see the weapon
_____
     [*]Pursuant to Code § 17-116.010 this opinion is not
designated for publication.

when he approached the vehicle.  The weapon was located in a pocket in the driver's side door.  Thus, the evidence was sufficient to enable the fact finder to conclude beyond a reasonable doubt that the weapon was hidden from common observation.

<u>Affirmed</u>.